EDWARD C. ALLEN et al., Respondents, *v.* ROBERT H. INGER-
SOLL et al., Appellants.

(Argued June 7, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Court of
Common Pleas for the city and county of New York, made
May 6, 1892, which affirmed an order of Special Term substi-
tuting a party plaintiff.

*Henry B. Kinghorn* for appellants.

*Edward Hassett* for respondents,

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Application of THOMAS COMMERFORD
MARTIN, Respondent, for a Peremptory Writ of Mandamus,
*v.* THE W. J. JOHNSTON COMPANY (Limited), Appellant.

(Argued June 7, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made October 5, 1891,
which affirmed an order of Special Term granting a peremp-
tory writ of mandamus.

*Mason F. Prosser* for appellant.

*Arthur H. Masten* for respondent.

Agree to affirm on opinion of DANIELS, J., below,
All concur.
Order affirmed.